UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| KEVIN BELTON | * | CIVIL ACTION |
| VERSUS | * | NO. 3:25-CV-1858 |
| H2 LEGAL, LLC and PAUL HEATH HATTAWAY | * | JUDGE TERRY A. DOUGHTY |
| | * | MAG. JUDGE KAYLA D. McCLUSKY |

## ANSWER TO PLAINTIFF'S PETITIONS FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes and appears, PAUL HEATH HATTAWAY, who makes answer to the plaintiff's Petition for Damages, as follows:

1.

The paragraph which precedes the first numbered paragraph is denied for lack of sufficient information in which to justify a belief therein. The allegations of Paragraph 1 against the defendants are denied.

2.

The allegations of Paragraph 2 are denied.

3.

The allegations of Paragraph 3 are denied for lack of sufficient information in which to justify a belief therein.

4.

The allegations of Paragraph 4 are denied for lack of sufficient information in which to justify a belief therein.

5.

The allegations of Paragraph 5 are denied for lack of sufficient information in which to justify a belief therein.

6.

The allegations of Paragraph 6 are denied for lack of sufficient information in which to justify a belief therein.

7.

The allegations of Paragraph 7 are denied for lack of sufficient information in which to justify a belief therein.

8.

The allegations of Paragraph 8 are denied for lack of sufficient information in which to justify a belief therein.

9.

The allegations of Paragraph 9 are denied for lack of sufficient information in which to justify a belief therein.

10.

The allegations of Paragraph 10 are denied for lack of sufficient information in which to justify a belief therein.

11.

The allegations of Paragraph 11 are denied for lack of sufficient information in which to justify a belief therein.

12.

The allegations of Paragraph 12 are denied for lack of sufficient information in which to justify a belief therein.

13.

The allegations of Paragraph 13 are denied for lack of sufficient information in which to justify a belief therein.

14.

The allegations of Paragraph 14 are denied for lack of sufficient information in which to justify a belief therein.

15.

The allegations of Paragraph 15 are denied for lack of sufficient information in which to justify a belief therein.

16.

The allegations of Paragraph 16 are denied for lack of sufficient information in which to justify a belief therein.

17.

The allegations of Paragraph 17 are denied for lack of sufficient information in which to justify a belief therein.

18.

The allegations of Paragraph 18 are denied for lack of sufficient information in which to justify a belief therein.

19.

The allegations of Paragraph 19 are denied for lack of sufficient information in which to justify a belief therein.

20.

The allegations of Paragraph 20 are denied.

21.

The allegations of Paragraph 21 are denied.

22.

The allegations of Paragraph 22 are denied.

23.

The allegations of Paragraph 23 are denied.

24.

Any and all causes of action or claims in the Prayer of the Petition for Damages are denied.

\* \* \* \*

AND NOW, further responding, this defendant avers as follows:

25.

In the event that the plaintiff is guilty of contributory fault in failing to take proper action, his contributory fault is plead as an elimination or reduction of any damages.

26.

In the event that the passage of time prohibits these claims going forward, this defendant pleads applicable statutes of limitations and/or peremption.

27.

This defendant pleads the U.S. Court of Appeals for the Fifth Circuit decision of *Clifford Osborne and Deborah Olsen v. Kevin Belton*, No. 23-30829, wherein the Court found that none of Mr. Hattaway's actions would trigger any type of malpractice claim and that his actions were not the cause of the ruling on the summary judgment. That decision is plead both on damages and to support any claim of prescription and/or peremption.

28.

In the event that the plaintiff failed to mitigate damages, mitigation is plead as an elimination or reduction of any recovery.

29.

The complaint does not state a cause of action for which relief can be granted to this defendant. Additionally, the complaint is vague; it does not give a date certain for any claims of negligence.

30.

This defendant hereby requests and demands a trial by jury on all issues so triable.

WHEREFORE, premises considered, defendant, PAUL HEATH HATTAWAY, prays that his answer to the Plaintiff's Petition for Damages be deemed good and sufficient, and that after the lapse of all legal delays and due proceedings are had, there be judgment rendered in his favor and against the plaintiff dismissing his claim with prejudice and at plaintiff's cost and for all other general and equitable relief to which this defendant may be entitled and/or allowed by law.

Respectfully submitted,

JEANSONNE & REMONDET

BY: /s/ *Michael J. Remondet, Jr.*
    MICHAEL J. REMONDET, JR. (# 21046)
    SYLVIA S. LOWE (# 19688)
    200 West Congress, Suite 1100
    Post Office Box 91530
    Lafayette, Louisiana 70509
    Telephone: (337) 237-4370
    Facsimile: (337) 235-2011
    MikeR@jeanrem.com; SylviaL@jeanrem.com
    ATTORNEYS FOR DEFENDANT,
    PAUL HEATH HATTAWAY

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 4th day of December 2025, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system and has been served via electronic filing notification and/or email on all counsel of record.

/s/ *Michael J. Remondet, Jr.*
**MICHAEL J. REMONDET, JR.**
